John Dored, Respondent, *v*. Linton Wells, Appellant.

Submitted January 8, 1940; decided January 12, 1940.

*Simon Greenhill* for motion.
*James D. McCauley* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the action was not originally commenced in any one of the courts specified in subdivision 1 of section 589 of the Civil Practice Act.

Harris Eckstein et al., Copartners Trading under the Firm Name of H. Eckstein & Sons, Respondents, *v*. Massachusetts Bonding and Insurance Company, Appellant, Impleaded with Another.

Submitted January 8, 1940; decided January 12, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 435.)